# United States District Court
## For The Western District of North Carolina
## Asheville Division

BLAKE MCGRATH,

        Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                              1:11-cv-238

N.C. DEPT OF CORRECTION,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/28/2011 Order.

                                         Signed: October 28, 2011

                                         Frank G. Johns, Clerk
                                         United States District Court